### REQUEST FOR COURT ACTION / DIRECTION

TO:    Jim Molinelli
        Docket Clerk

OFFENSE: <u>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE (CRACK)(21 USC 846).</u>

ORIGINAL SENTENCE: <u>(37) MONTHS IMPRISONMENT; THREE (3) YEARS OF SUPERVISED RELEASE</u>

FROM:  Sandra Osman
         U.S. Probation Officer

SPEC. CONDITIONS: <u>NONE</u>

AUSA: To be Determined

**08CRIM 812**

RE:    Antoinette Carter
      Docket # <u>3:05-CR-176-01</u>

DATE OF SENTENCE:  <u>11/28/2006</u>

DATE:    August 25, 2008

ATTACHMENTS:    PSI    JUDGMENT <u>X</u>    PREVIOUS REPORTS
                       VIOLATION PETITION

REQUEST FOR:    WARRANT____    SUMMON____    COURT DIRECTION ___

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On November 28, 2006, the above-mentioned individual was sentenced as outlined above in the Middle District of Pennsylvania, by the Honorable James M. Munley, United States District Judge.

On August 25, 2008, we received a letter from the Middle District of Pennsylvania, advising that the Honorable James M. Munley, United States District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Ms. Carter's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.



CARTER, ANTOINETTE               - 2 -                                    48120/SO

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                              Respectfully submitted,

                              Chris J. Stanton
                              Chief U.S. Probation Officer

By:  _____
                              Sandra Osman
                              U.S. Probation Officer
                              212-805-5194

Approved By:  _____    8/25/08
                  Bernard Ray                Date:
                  Supervising U.S. Probation Officer
                  (212) 805 - 5120